RUTH SWEDIN, an Infant, by FRANK SWEDIN, Her Guardian ad Litem, and FRANK SWEDIN, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant. — Action for personal injuries sustained by infant plaintiff as the result of being struck by defendant's automobile while crossing Third avenue in Brooklyn, at its intersection with Ninety-second street, and for loss of services. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THOMPSON-STARRETT COMPANY, INC., Respondent, v. OTIS ELEVATOR COMPANY, Appellant.— Action on agreement to indemnify plaintiff's predecessor against liability for injury to persons incurred during installation by defendant of elevators in an office building at 15 Broad street, New York city. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CARMELA DI GERLANDO and CHARLES DI GERLANDO, Respondents, v. SECOND AVENUE RAILROAD CORPORATION, Appellant, and BADALAMENTI & TINERVIA, INC., and Others, Defendants.— Action for personal injuries and for loss of services. Plaintiff Carmela Di Gerlando sustained injuries while a passenger in defendant-appellant's trolley car when it collided with defendants' truck at a street intersection in the borough of Manhattan. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [155 Misc. 168.]

ANGELA BAGNUS, Respondent, v. EUGENE BARGERO, Appellant.— Plaintiff, as beneficiary, sued the Metropolitan Life Insurance Company on four policies on the life of one Rose Bagnus. The insurance company interpleaded defendant as an adverse claimant and paid the proceeds of the policies into court. Order granting plaintiff's motion for judgment on the pleadings for the relief demanded in the amended and supplemental complaint, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Respondent, v. MOSHER BROS., INC., Appellant.— Action to recover premiums on policies of insurance issued by the Consolidated Indemnity and Insurance Company to the defendant. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THERESA ROMANO, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Action for personal injuries sustained by plaintiff while attempting to enter at the center door of a car of a north-bound train on defendant's railway at the Spring street station. Plaintiff claims that as she was entering the car the door closed on her shoulder causing her to lose her balance and fall between the platform and the car. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.